1

2          **E-Filed 12/5/08**

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10          **SAN JOSE DIVISION**

11

12    INICOM NETWORKS, INC., Individually and on          Case Number C 08-4332 JF (PVT)
      Behalf of All Others Similarly Situated,
13                                                          ORDER VACATING HEARING ON
                         Plaintiff,                         MOTION TO CONSOLIDATE CASES
14
              v.
15
      NVIDIA CORPORATION, et al.,                           [Re:  Docket No. 32 ]
16
                         Defendants.
17

18

19          On December 2, 2008, Defendant NVIDIA Corporation ("NVIDIA") filed a motion to

20    consolidate six actions currently pending in this district[1] and two actions expected to be

21    transferred to this district pursuant to the stipulation of the parties.[2]  NVIDIA noticed its motion

22    for hearing on January 23, 2009 before the undersigned judge.

23    _____

24          [1] *Nakash v. NVIDIA Corp.* , Case No. C 08-4312 JW (HRL); *Inicom Networks, Inc. v.
      NVIDIA Corp., et al.*, Case No. C 08-4332 JF (PVT); *Feinstein v. NVIDIA Corp.*, Case No. 08-
25    4596 RS; *Cormier v. NVIDIA Corp.*, Case No. C 08-5082 HRL; *National Business Officers
      Ass'n, Inc. v. NVIDIA Corp., et al.*, Case No. C 08-5179 HRL; and *West v. NVIDIA Corp.*, Case
26    No. C 08-5217 PVT.

27          [2] *Olivos v. NVIDIA Corp., et al.*, Case No. C 08-3895 LDW (ETB) (E.D.N.Y.); and
28    *Sielicki v. NVIDIA Corp., et al.*, Case No. C 08-802 SS (W.D. Tex.).

1    Under this Court's Civil Local Rules, an application to relate one or more cases must be

2  submitted to the judge assigned to the earliest filed (or "low number") case. Civ. L. R. 3-12(b).

3  The Civil Local Rules do not expressly address motions to consolidate; however, as a matter of

4  practice, the judge assigned to the low number case considers the issue of consolidation in

5  conjunction with the issue of related case status. Here, the earliest filed case is *Nakash v.*

6  *NVIDIA Corp.*, Case No. C 08-4312 JW (HRL), assigned to Judge James Ware. Accordingly,

7  NVIDIA's motion to consolidate should have been filed in *Nakash* for determination by Judge

8  Ware.

9    In its moving papers, NVIDIA acknowledges that Case No. C 08-4312 JW (HRL) is the

10  low number case, but requests an exception to the practice described above on the ground that the

11  undersigned judge would move the case(s) along more rapidly than would Judge Ware. NVIDIA

12  represents that while Court staff has indicated that the undersigned judge would schedule any

13  appropriate motions for hearing in mid-January 2009, Judge Ware would not schedule such

14  motions until March 2009.

15    While judges certainly may agree to the reassignment of a case or cases notwithstanding

16  the Court's ordinary practice, Judge Ware's orders issued on December 3, 2008 make clear that

17  he is not be amenable to such reassignment here, at least at the present time. In his Order

18  Granting In Part And Denying In Part Motions To Relate Cases, filed in the instant case as

19  docket number 37, Judge Ware expresses concern that the parties may be judge-shopping, and

20  states expressly that he will not transfer any of the subject cases to the undersigned judge. That

21  order also expressly addresses the issues of related case status and consolidation that are raised in

22  the instant motion. A Related Case Order, filed in the instant case as docket number 38,

23  reiterates Judge Ware's conclusions regarding the related case issue. In light of Judge Ware's

24  orders, the undersigned will vacate the hearing on NVIDIA's motion to consolidate, and will

25  direct the parties to raise any and all issues of related case status and consolidation before Judge

26  Ware.

27

28

Case No. C 08-4332 JF (PVT)
ORDER VACATING HEARING ON MOTION TO CONSOLIDATE CASES
(JFLC2)

1

**ORDER**

2      (1)    The hearing on Defendant NVIDIA's motion to consolidate cases is VACATED;

3      (2)    The parties shall direct any future motions regarding related case status or
              consolidation to Judge Ware; and

4

5      (3)    The instant case, which has not been related to or consolidated with the matters
              pending before Judge Ware, remains set for a Case Management Conference
6             before the undersigned judge on January 30, 2009 at 10:30 a.m.

7

8

9

10    DATED:   12/5/08

11                                                   _____
                                                     JEREMY FOGEL
12                                                   United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 08-4332 JF (PVT)
ORDER VACATING HEARING ON MOTION TO CONSOLIDATE CASES
(JFLC2)

1    Copies of Order served on:

2

3    National Business Owners Association, Inc. alreenh@zhlaw.com

4    James Neil Kramer jkramer@orrick.com

5    Jeffrey Jay Lederman jlederman@winston.com, docketsf@winston.com,
     dpenning@winston.com
6

7    John Allen Lowther , IV john@doylelowther.com

8    Joshua Daniel Watts jwatts@orrick.com

9    Kimball R. Anderson kanderson@winston.com

10   Meredith Ann Galto mgalto@morganlewis.com

11   Nicholas Koluncich , III nkoluncich@newmexicoclassactions.com

12   Robert A. Particelli rparticelli@morganlewis.com

13   Robert P. Varian rvarian@orrick.com, bclarke@orrick.com

14   William James Doyle , II bill@doylelowther.com

15   Kristofor T. Henning
     Morgan, Lewis & Bockius
16   1701 Market St.
     Philadelphia, PA 19103
17

18

19

20

21

22

23

24

25

26

27

28

4