**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Steven Nakash, et al., / | NO. C 08-04312 JW |
| | NO. C 08-04332 JF |
| Inicom Networks, Inc., / | NO. C 08-04596 RS |
| | NO. C 08-05082 HRL |
| | NO. C 08-05179 HRL |
| Todd Feinstein, / | NO. C 08-05217 PVT |
| | NO. C 08-05520 JF |
| Jordan Cormier, / | **ORDER GRANTING MOTIONS TO RELATE CASES; SETTING CASE MANAGEMENT CONFERENCE** |
| National Business Officers Association, Inc., / | |
| Brent West, / | |
| Louis Olivos, | |
|    Plaintiffs, | |
| v. | |
| NVIDIA Corp., | |
|    Defendant. / | |

Presently before the Court are Defendant's administrative motions to relate <u>Nakash v. NVIDIA Corp.</u>, No. C 08-4312[1] to the following later-filed cases: (1) <u>Inicom Networks, Inc. v.</u>

---

[1] <u>Nakash</u> was previously related to <u>Feinstein v. NVIDIA Corp.</u>, No. C 08-04596. (See December 3, 2008 Order, hereafter, "December 3 Order," Docket Item No. 21.) In addition, Defendant moves to relate <u>Sielick v. NVIDIA Corp.</u>, No. C 08-0802 SS (W.D. Texas). (See Docket Item No. 27.) The Court DENIES this motion as premature since the case has not yet been transferred to this district.

1  NVIDIA Corp., No. C 08-04332 JF[2]; (2) Cormier v. NVIDIA Corp., No. C 08-05082 HRL[3]; (3)
2  Nat'l Bus. Officers Assoc., Inc. v. NVIDIA Corp., No C 08-05179 HRL[4]; (4) West v. NVIDIA
3  Corp., No. C 08-05217 PVT[5]; (5) Olivos v. NVIDIA Corp., et al., C 08-05520 JF.[6]

4  On December 3, 2008, the Court granted Defendant's motion to relate Nakash and Feinstein.
5  (December 3 Order at 2.) The Court also denied, without prejudice to be renewed, Defendant's
6  motions to relate Nat'l Bus. Officers, Inicom and Cormier, and to consolidate Nakash and Feinstein
7  with Inicom and transfer the consolidated action to Judge Fogel. (Id.) Defendant has now renewed
8  its motions and Plaintiffs have joined in these motions.[7]

9  Civil Local Rule 3-12(a) provides that an action is related to another when:

10  (1)  The actions concern substantially the same parties, property, transaction or event; and
11  (2)  It appears that there will be an unduly burdensome duplication of labor and expense
12       or conflicting results if the cases are conducted before different judges.

13  Upon review, the Court finds that Defendant has made a sufficient showing to establish that each of
14  the later-filed cases are substantially related under Local Rule 3-12(a). Since Nakash is the first-
15  filed action, the cases are properly related to the Nakash action. Accordingly, the Court GRANTS
16  Defendant's various Motions to Relate.

17  Currently, Nakash and Feinstein are scheduled for a Case Management Conference on
18  January 26, 2009. In light of this Order, the Court VACATES the January 26, 2009 Case
19  Management Conference and sets a Case Management Conference on **February 23, 2009 at 10**

---

[2] (See Docket Item No. 26.)

[3] (See Docket Item No. 25.)

[4] (See Docket Item No. 24.)

[5] (See Docket Item No. 23.)

[6] (See Docket item No. 31.)

[7] (See Docket Item No. 34.) The Court DENIES Plaintiffs' Motion to Consolidate and Appoint Lead Plaintiff and Lead Counsel as premature.

**a.m.** for all the related cases.[8]  On or before **February 13, 2009**, the parties in all of the related actions shall file a single Joint Case Management.  The Statement shall, among other things, set forth a schedule to advance this case, including a proposed schedule for consolidating the cases into one action and for the appointment of Lead Plaintiffs and Lead Counsel.

Until the actions are consolidated and further order of the Court, all documents shall be filed in each individual action.

In light of this Order, the March 2, 2009 hearing on these motions are VACATED.

Dated:  December 30, 2008

JAMES WARE
United States District Judge

---

[8] In light of this Order, Plaintiff Nakash and Defendant NVIDIA's Joint Administrative Motion to Continue Case Management Conference is DENIED as moot.  (See Docket Item No. 40.)

3

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Joshua Daniel Watts jwatts@orrick.com
Justin Myer Lichterman jlichterman@orrick.com
Paul R. Kiesel Kiesel@kbla.com
Robert P. Varian rvarian@orrick.com

**Dated:  December 30, 2008**                                         **Richard W. Wieking, Clerk**


                                                                     **By:     /s/ JW Chambers**
                                                                           **Elizabeth Garcia**
                                                                           **Courtroom Deputy**